## LOCKWOOD v. LOCKWOOD.

REFERENCE—APPEAL.—An order of reference in an equity case may be made on call of calendar without special notice, is purely administrative, within discretion of Judge, and not appealable.

Motion to dismiss appeal in Laura M. Lockwood, Ex., against Willie H. Lockwood *et al.*

*Mr. Elliott,* for motion

*Mr. Galletley,* cont:...

December 20, 1905. PER CURIAM.—This is a motion to dismiss an appeal from an order of reference to take testimony in an equity cause made on the call of the case at a regular term of the Court of Common Pleas for Beaufort

County. The order was purely administrative, made by the Circuit Judge in the exercise of his discretion to speed the cause, and did not prejudice the rights of the parties. No special notice of such an order was necessary. *Brookshire* _v. Farmers' Alliance Exchange._

The order was not, therefore, appealable, and this appeal must be dismissed.